# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | 2:12-cv-00503-MOB-MKM |
| THIS RELATES TO:<br><br>ALL ACTIONS | |

## DECLARATION OF POUL JEPPESEN

Pursuant to 28 U.S.C. § 1746, Poul Jeppesen declares and states as follows:

1. My name is Poul Jeppesen. This declaration is made in support of AB SKF's Motion to Dismiss Plaintiffs' Consolidated Amended Complaints. I have personal knowledge of the facts set forth in this declaration, and the following statements are true and correct to the best of my knowledge and belief.

2. I am President and Chief Executive Officer of SKF USA Inc. In my capacity as President and Chief Executive Officer, I have access to the corporate records of SKF USA Inc.

3. I am not currently and have never been employed by AB SKF.

4. SKF USA Inc. is incorporated under the laws of Delaware, and its principal place of business is located Lansdale, Pennsylvania.

5. SKF USA Inc. manufactures automotive bearings in the United States, and it acts independently from AB SKF in doing so.

6. SKF USA Inc. maintains bank accounts in the United States to transact business. These bank accounts are under the exclusive control of SKF USA Inc. personnel, and AB SKF does not have control over these bank accounts.

7. Among other things, SKF USA Inc. uses these bank accounts to satisfy its payroll obligations to SKF USA Inc. employees.

8. SKF USA Inc. manages a budget that is separate and apart from the budget of AB SKF.

9. SKF USA Inc. maintains corporate bylaws and stock ledgers that are separate and distinct from those of AB SKF.

10. SKF USA Inc. conducts Board of Directors meetings (and maintains minutes of those meetings and other corporate records) that are separate and apart from those of AB SKF. SKF USA Inc. maintains ledgers and financial statements that are separate from those of AB SKF.

11. Tom Johnstone is the Chief Executive Officer of AB SKF and is not the president of any "automotive segment" within any SKF-related entities. He has never served as Co-President, CEO, or Director of SKF USA Inc. and has never been employed by SKF USA Inc.

12. Henrik Lange, the Executive Vice president and Chief Financial Officer of AB SKF, previously served as President of the Industrial Division for AB SKF worldwide, but did not serve in any capacity on SKF USA Inc.'s Board or in any position otherwise specific to SKF USA Inc.

13. SKF USA Inc. is responsible for coordinating and implementing all marketing activities for automotive bearings that are designed to target customers in the United States.

14. SKF USA Inc. management and personnel exercise control over SKF USA Inc.'s day-to-day decisions, business affairs, and operations, including but not limited to business development activities in the United States; taking and filling bearings orders for customers in the United States; and managing client relationships in the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2013, at Lansdale, Pennsylvania.

*[signature]*

Poul Jeppesen

President and Chief Executive Officer

SKF USA Inc.